B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Eastern District of Virginia**

MAR 2 3 2010

IN RE:    Case No. _____

Muse-Carden, Damienne Simone    Chapter 7
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Barbara Miller | 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 |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer | Social Security number (If the bankruptcy |
| Address: | petition preparer is not an individual, state |
| 2402 Country Club Drive | the Social Security number of the officer, |
| Pearland, TX 77581 | principal, responsible person, or partner of the bankruptcy petition preparer.) |
| | (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Muse-Carden, Damienne Simone | X /s/ Damien Carden   3/16/2010 |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor   Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)    Date |

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Eastern District of Virginia

IN RE:                                                                                      Case No. _____

Muse-Carden, Damienne Simone _____                                        Chapter 7
                Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept ............................................................. $ 149

   Prior to the filing of this statement I have received ...................................................................... $ 0

   Balance Due ................................................................................................................................. $ 149

2. I have prepared or caused to be prepared the following documents (itemize):
   Statement of Social Security Number(s)
   Voluntary Petition
   Exhibit "D" to Voluntary Petition [Debtor]
   Summary of Schedules
   Schedule A - Real Property
   Schedule B - Personal Property
   Schedule C - Property Claimed as Exempt
   Schedule D - Creditors Holding Secured Claims
   Schedule E - Creditors Holding Unsecured Priority Claims
   Schedule F - Creditors Holding Unsecured NonPriority Claims
   Schedule G - Executory Contracts and Unexpired Leases
   Schedule H - Codebtors
   Schedule I - Current Income of Individual Debtor(s)
   Schedule J - Current Expenditures of Individual Debtor(s)
   Declaration Concerning Debtor's Schedules
   Statement of Financial Affairs
   Chapter 7 Individual Debtor's Statement of Intention
   Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer
   Cover Sheet for List of Creditors
   Creditor Matrix
   Disclosure of Compensation of Bankruptcy Petition Preparer
   Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Certification of Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Application for Waiver of Chapter 7 Filing Fee
   Chapter 7 Statement of Current Monthly Income and Means Test Calculation

   and provided the following services:

3. The source of the compensation paid to me was:  ☒ Debtor

4. The source of compensation to be paid to me is:  ☒ Debtor

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME: _____  SSN: _____

X _Barbara Miller_ (signature)

**Barbara Miller**
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: **2402 Country Club Drive**

**Pearland, TX 77581**

SOCIAL SECURITY NUMBER

**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**                                    3/16/2010
Social Security number of bankruptcy                Date
petition preparer. (If bankruptcy petition
preparer is not an individual, state the
Social Security number of the officer,
principal, responsible person or partner of
the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

[Stamp: MAR 2 3 2010]

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*